UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY RALEY,<br><br>Defendant. | Case No. CR15-348RSL<br><br>ORDER DENYING<br>REQUEST FOR EARLY<br>TERMINATION OF<br>SUPERVISED RELEASE |

This matter comes before the Court on probation's request for early termination of defendant's supervised release. Dkt. # 739.

On March 2, 2016, defendant pled guilty to conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. Dkt. # 326 at 1. Defendant's Guidelines sentencing range for the offense was 108 to 135 months. PSR ¶ 100. The Court sentenced defendant to 36 months in custody and three years of supervised release. Dkt. # 533 at 2–3. Defendant's supervision is set to expire March 28, 2022. Dkt. # 739 at 1.

The Court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court enjoys "discretion to consider a wide range of circumstances when determining whether to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

ORDER DENYING REQUEST FOR
TERMINATION OF SUPERVISED RELEASE - 1

The Court is pleased to learn that defendant is doing well under supervised release and commends defendant's progress. Considering, however, the large downward departure the Court imposed from the very long Guidelines sentencing range, and the difficulties inherent in life under COVID-19, the Court finds that it would be premature to terminate her term of supervised release. <u>See</u> 18 U.S.C. §§ 3583(e)(1), 3553(a). Accordingly, at this time, probation's request for early termination of defendant's supervised release (Dkt. # 739) is DENIED. The Court encourages probation to request, or defendant to apply for, early termination any time after March 29, 2021.

IT IS SO ORDERED.

DATED this 25th day of November, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING REQUEST FOR
TERMINATION OF SUPERVISED RELEASE - 2